# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00053-CV

**Ken Paxton, Attorney General of the State of Texas, Appellant**

**v.**

**City of Carrollton, Texas, Appellee**

### FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY,
### NO. D-1-GV-12-000989, THE HONORABLE JAN SOIFER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant has filed an unopposed motion to abate the appeal to continue ongoing settlement discussions and resolve the parties' dispute. We grant the motion and abate the appeal. *See* Tex. R. App. P. 42.1(a)(2)(C). The parties shall submit either a joint status report concerning the status of settlement negotiations or a motion to dismiss on or before July 30, 2019. The appeal will remain abated until further order of this Court.

It is so ordered on April 2, 2019.

Before Chief Justice Rose, Justices Kelly and Smith

Abated

Filed: April 2, 2019